# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-00285-RGK (SPx) | Date | April 9, 2019 |
|---|---|---|---|
| Title | *LUNA v. WTS, INT'L, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT**

On February 14, 2019, Defendants removed this action from the Los Angeles County Superior Court to the United States District Court, Central District of California on the basis of diversity of citizenship.

Removal jurisdiction is governed by statute. *See* 28 U.S.C. §§ 1441, et seq. The Ninth Circuit has held unequivocally that the removal statute is construed strictly against removal. *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1393 (9th Cir. 1988). The strong presumption against removal jurisdiction means that "the defendant always has the burden of establishing that removal is proper." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) (*citing Nishimoto v. Federman-Bachrach & Assocs.*, 903 F.2d 709, 712 n.3 (9th Cir. 1990)); *see also In re Ford Motor Co./Citibank (South Dakota), N.A.*, 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

Court records show that on March 15, 2019, Plaintiff filed a First Amended Complaint adding Christina Cabrera as a defendant to the action. The Court notes that Plaintiff did not seek leave to amend the complaint or request joinder of a party to the action. Nonetheless, the First Amended Complaint is currently the operative complaint before the Court. Moreover, upon review of the facts alleged in the First Amended Complaint, the Court finds that at this stage of litigation, it appears that joining Cabrera to the action is proper.

According to the pleadings, Defendant Cabrera is a California citizen, thereby defeating complete diversity. Moreover, upon cursory review Defendants' Notice of Removal, it appears Defendants' calculations as to amount in controversy are based on speculation, bringing into question

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 19-00285-RGK (SPx)** | Date | April 9, 2019 |
|---|---|---|---|
| Title | ***LUNA v. WTS, INT'L, et al*** | | |

whether the requisite amount in controversy has been met.[1]

Accordingly, the action is hereby **remanded** to state court for all further proceedings.

    **IT IS SO ORDERED.**

                                                                                          :

                                        Initials of Preparer         VRV

---

[1] Because complete diversity has been defeated by the addition of Christina Cabrera to the action, the Court need not fully address or make a finding regarding the amount in controversy requirement.